### Hilson v. Beardsley et al., and vice versa.

*Atkinson, J.*—After due examination and consideration of the record, and taking into view the full history of this case as thereby disclosed, it does not appear that any substantial or material error was committed at the trial. The controlling questions of law having been settled by the former decision of

this court in this case (94 *Ga.* 50), it is not now deemed neces-
sary to formulate into distinct and separate propositions the
legal principles involved. Though the evidence upon the main
issue of fact may have been somewhat stronger for the plaintiff
at the last than at the next preceding trial, the evidence as a
whole warranted the jury in finding against her upon this
issue, and the trial court did not abuse its discretion in refus-
ing to grant a new trial.                    *Judgment affirmed.*
January 20, 1896.                            *Cross-bill dismissed.*

Equitable petition. Before Judge Lumpkin. Fulton
superior court. March term, 1895.

*Hall & Hammond,* for plaintiff.
*Arnold & Arnold* and *A. H. Cox,* for defendants.